```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ANTOINETTE W. RICHARDSON                    CIVIL ACTION

VERSUS                                      NUMBER: 08-4124

MICHAEL J. ASTRUE,                          SECTION: "S"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION


### **O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED**.

New Orleans, Louisiana, this 3rd day of February 2010.

                              _____
                              UNITED STATES DISTRICT JUDGE